# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMEN SMILEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOLOGIC, INC., a Delaware corporation, and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 16cv158-WQH-MDD<br><br>DISTRICT JUDGE:<br>HON. WILLIAM Q. HAYES<br><br>**ORDER FOR DISMISSAL**<br><br>Action Filed: 11/18/2015 |

Upon consideration of the Stipulation to Dismissal submitted by plaintiff Karmen Smiley and defendant HOLOGIC, INC. and good cause appearing therefore, IT IS HEREBY ORDERED Plaintiff's entire action, including her individual claims for retaliatory termination in violation of Labor Code section 1102.5 (first cause of action), and wrongful termination in violation of public policy (second cause of action), is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: December 26, 2017

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Court